1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    RICHARD ROSE,                            Case No.  1:23-cv-00498-HBK (PC)

12              Plaintiff,                     ORDER STRIKING UNSIGNED COMPLAINT

13         v.                                  (Doc. No. 1)

14    KIMBERLY HELMS-LEWIS, NICOLE
      A. SILVEIRA, VERNON H. WRANKE,
15
              Defendants.
16

17         Plaintiff Richard Rose, a prisoner, initiated this action by filing a pro se civil rights

18    complaint in the Sacramento Division of this Court on March 29, 2023.  (Doc. No. 1, Complaint).

19    The case was transferred to this Court's Fresno Division on April 4, 2023.  (Doc. No. 3).  Upon

20    review, the Court finds the Complaint is unsigned.  (Doc. 1 at 10).  Because the Court cannot

21    consider unsigned filings, the Complaint must be stricken. Fed. R. Civ. P. 11(a); L.R.

22    131(b).  L.R. 131(b).  *See, e.g., West v. Hulbert*, 2016 WL 2854416, at *1 (E.D. Cal. May 16,

23    2016) ("Because the Court cannot consider unsigned filings, the complaint must be

24    STRICKEN"); *Anderson v. Krpan,* 2015 WL 402086, at *2 (E.D. Cal. Jan. 29, 2015) ("The Court

25    cannot consider unsigned filings and therefore, the first amended complaint shall be stricken from

26    the record.").  Further, the Complaint is not on the approved form.  The Court finds the use of the

27    approved form judicially more efficient.

28         ////

1    Accordingly, it is ORDERED:

2    1.  The Clerk shall STRIKE Plaintiff's Complaint (Doc. No. 1) from the docket.

3    2.  Within thirty (30) days of the date on this Order, Plaintiff shall file a complaint that is

4        signed under penalty of perjury.  The Court urges Plaintiff to use the form approved

5        for use in this Court.

6    3.  The Clerk of Court shall include a prisoner civil rights complaint form for Plaintiff's

7        use in filing his complaint.

8    4.  Plaintiff's failure to timely comply with this Order will result in the undersigned

9        recommending the district court dismiss this case for Plaintiff's failure to comply with

10       a Court order and prosecute this action.

11

12   Dated:    April 5, 2023

13                                          HELENA M. BARCH-KUCHTA
                                            UNITED STATES MAGISTRATE JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28