UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD RAYNIOS ROSE,<br><br>Plaintiff,<br><br>v.<br><br>KIMBERLY HELMS-LEWIS, NICOLE A. SILVEIRA, and VERNON H. WRANKE,<br><br>Defendants. | No. 1:23-cv-00498-ADA-HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION<br><br>(ECF No. 12) |

Plaintiff, Richard Raynios Rose ("Plaintiff"), is proceeding pro se and *in forma pauperis* in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 10, 2023, the assigned Magistrate Judge filed findings and recommendations, recommending dismissing this action for Plaintiff's failure to comply with a court order and prosecute this action. (ECF No. 12.) Specifically, the Plaintiff failed to keep the Court appraised of his current address. The findings and recommendations contained notice that any objections were to be filed within fourteen days of service. (*Id.* at 3.) To date, no objections have been filed and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings

and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The Findings and Recommendation, filed on July 10, 2023, (ECF No. 12), are ADOPTED in FULL;
2. This case is DISMISSED, without prejudice, pursuant to Local Rule 183(b) for Plaintiff's failure to prosecute this action; and
3. The Clerk of Court shall terminate any pending motions, CLOSE this case, and enter judgment against Plaintiff.

IT IS SO ORDERED.

Dated:    September 18, 2023

UNITED STATES DISTRICT JUDGE